# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER **08MJ1161**
                         )
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. _____
**GLENN SWIFT (11)**     )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/22/08** the Court entered the following order:

**X** ____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**X** ____ Defendant released on $ **75,000 P/S** bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

**X** ____ Other. **Preliminary Hearing 4/29/08 9AM BLM**

**Barbara L. Major**
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
DUSM                  by
                      _____ Deputy Clerk
                      **M. BEHNING**

Crim-9  (Rev 6-95)                   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY