JAN EDWARD RONIS
ATTORNEY AT LAW
*California State Bar No.* 51450
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 236-8344
jan@ronisandronis.com

Attorney for Defendant
Glenn Swift

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.08MJ1161 |
| Plaintiff, | JOINT MOTION: MODIFICATION OF PRETRIAL TRAVEL RESTRICTIONS |
| v. | |
| GLENN SWIFT, | |
| Defendant. | |

    IT IS HEREBY STIPULATED and agreed, by and between the defendant, GLENN SWIFT, by and through his attorney, Jan Edward Ronis, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and STEWART YOUNG, Assistant United States Attorney, that defendant GLENN SWIFT's pretrial travel restrictions be modified expand his travel restriction to the Central District of California. The defendant would like to be allowed to travel to and from the Central District because he is a partner of a business called Generation Construction located within the Central District.

    Pretrial Services Officer Tammy Reidling has been notified of this request and has no opposition. The sureties have no objection. (See attached letter)

Joint Motion Re: Modification of Pretrial Travel Restrictions
*U.S.A. v* SWIFT, Case No. 08cr1161
========================================================================

The parties hereby stipulate and agree to the foregoing:

**SO STIPULATED AND AGREED.**

Dated: April 24, 2008                S/JAN EDWARD RONIS
                                     JAN EDWARD RONIS
                                     Attorney for Defendant Swift


Dated: April 24, 2008                UNITED STATES OF AMERICA


                                     S/STEWART YOUNG
                                     STEWART YOUNG
                                     Assistant United States Attorney


**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Michael Stephen Berg**
  msberg@attglobal.net

**Barbara M Donovan**
  donovan2donovan@hotmail.com

**Ricardo M Gonzalez**
  ricardo@attorneygonzalez.com,mongonz@cox.net

**Eugene G Iredale**
  egiredale@yahoo.com,grace.s.jun@gmail.com

**Alex L Landon**
  mccabeatty@aol.com,negall1018@aol.com

**Martin G Molina**
  mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net

**William K Mueller**
  muellerwllm@yahoo.com,khilz007@yahoo.com

**Ira Lee Plummer**
  irafam@aol.com

**Jan E Ronis**
  jan@ronisandronis.com,rebecca@ronisandronis.com

**Nancy Bryn Rosenfeld**
  nrosenfeld@aol.com

**L Marcel Stewart**
  lmslaw@att.net,lmarcelstewart@hotmail.com

**Guadalupe Valencia**
  gvalencialaw@yahoo.com,nrodoffice@yahoo.com

**Stewart Michael Young**
  stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

April 24, 2008                           S/JAN EDWARD RONIS
                                         JAN EDWARD RONIS
                                         Attorney for Defendant
                                         Swift