AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GLENN SWIFT | CASE NUMBER: 08-MJ-1161 08CR1540-JM |

I, GLENN SWIFT, the above named defendant, who is accused of Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana; being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

wvr Swift-Kennedy MJ Grow.wpd