FILED

JUN 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MB          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1540 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **I N F O R M A T I O N** |
| | ) | **(Superseding)** |
| v. | ) | Title 21, U.S.C., Sec. 844(a) |
| | ) | Possession of Marijuana |
| | ) | |
| GLENN SWIFT (D11), and | ) | |
| GREGORY SWIFT (D12), | ) | |
| | ) | |
| Defendants. | ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendants GLENN SWIFT and GREGORY SWIFT did knowingly and intentionally possess a controlled substance, to wit, 4.3 kilograms of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney