JAN EDWARD RONIS
ATTORNEY AT LAW
*California State Bar No. 51450*
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 236-8344
jan@ronisandronis.com

Attorney for Defendant
Glenn Swift

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER, JUDGE)

| UNITED STATES OF AMERICA, | ) | Criminal Case No.08CR1540 |
|---|---|---|
| Plaintiff, | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | ) | |
| GLENN SWIFT, | ) | |
| Defendant. | ) | |

I, GLENN SWIFT, hereby acknowledge my obligation to appear before the Honorable JEFFREY T. MILLER Judge of the United States District Court, set for Sentencing on Friday, August 15, 2008 at 9:00 a.m.

Dated: 7/25/08

_____
GLENN SWIFT

1

08CR1540