UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case no. 08-CR-1540-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANTS'** |
| | ) | **UNOPPOSED MOTION FOR** |
| GREGORY SCOTT SWIFT, | ) | **TERMINATION OF PROBATION** |
| GLENN ALLEN SWIFT | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING,

The Court, having reviewed the unopposed motion for termination of probation, hereby terminates the probation of defendants Gregory Scott Swift and Glenn Allen Swift, pursuant to 18 U.S.C. §3564 (c).

IT IS SO ORDERED.

DATED: January 15, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge